774

Submitted April 9, 1973. *Stephen P. Swem* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

## Commonwealth *v.* Prince, Appellant.

Argued April 9, 1973. *Stephen P. Swem,* Assistant Public Defender, with him *John H. Corbett, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *John G. Alford,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Pristas, Appellant.

Submitted April 9, 1973. *James Pristas,* ap-

pellant, in propria persona; *Louis R. Paulick* and *Robert L. Eberhardt,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Pristas, Appellant.

Argued April 10, 1973. *John J. Dean,* Assistant Public Defender, with him *John R. Cook,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant. *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ratley, Appellant.

Argued April 11, 1973. *S. Ferito,* with him *William D. Phillips,* for appellant; *Jack H. France,* Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Russman, Appellant.